[No. 23640-4-III. Division Three. February 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ATKINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01951-7, Michael P. Price, J., entered December 7, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23687-1-III. Division Three. February 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN D. REDINGTON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02763-5, Tari S. Eitzen and Gregory D. Sypolt, JJ., entered December 20, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 23738-9-III. Division Three. February 9, 2006.]

CORRINE E. PARKHURST, *Appellant,* v. L. ELIZABETH PETERSON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-00728-8, Michael P. Price, J., entered December 23, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 23958-6-III. Division Three. February 9, 2006.]

DORINDA WISEMAN, *Appellant,* v. ROBERT G. WENDEL, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-02046-2, Harold D. Clarke III, J., entered March 15, 2005. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.